IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC, on behalf of itself and a class, | ) ) ) | |
| Plaintiff, | ) ) ) | 12 CV 6160 |
| v. | ) ) | |
| ENVISION PHARMACEUTICAL SERVICES, INC., and JOHN DOES 1-10, | ) ) ) ) | Honorable Judge Shadur Magistrate Judge Finnegan |
| Defendants. | ) ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal this action with prejudice and without costs. This dismissal does not in any way affect the claims of the putative class in this action.

Respectfully submitted,

**PLAINTIFF**
**GLEN ELLYN PHARMACY, INC.**

**DEFENDANT**
**ENVISION PHARMACEUTICAL SERVICES, INC.**

s/ Dulijaza Clark
Dulijaza Clark

s/ Bart T. Murphy
Bart T. Murphy

By one of its attorneys
Daniel Edelman
Dulijaza (Julie) Clark
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St., 18th Fl.
Chicago, IL 60603
312-739-4200

By one of its attorneys
Bart T. Murphy # 6181178
Ice Miller, LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392

**CERTIFICATE OF SERVICE**

I, Dulijaza Clark, certify that on October 24, 2012, I caused a true and accurate copy of the foregoing document to be sent via the Court's CM/ECF system to the party listed below:

>Bart T. Murphy
>Ice Miller, LLP
>2300 Cabot Dr., Ste. 455
>Lisle, IL 60532
>630-955-6392
>bart.murphy@icemiller.com

    s/ Dulijaza Clark
    Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)